# COMPLAINT
(for filers who are prisoners without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2017 OCT 11 P 12: 49
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Lee Carltrail Pitts

v.

(Full name of defendant(s))

Vincent Biskupic
Sandy Ballou

Case Number:
**17-C-1381**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)
   __320 S. Walnut Street  Appleton WI. 54911__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Vincent Biskupic__
   (Name)

Complaint – 1

A. Parties

2. Defendant, <u>Sandy Ballou</u>
is (if a person or private corporation) a citizen of <u>Wisconsin</u>
and (if a person) resides at _____
and (if the defendant harmed you while doing the defendant's job)
worked for <u>District Attorney at Outagamie County Court House</u>
<u>320 S. Walnut St.</u>
<u>Appleton WI. 54911</u>

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Judge at Outagamie County Courthouse 320 S. Walnut St. Appleton WI. 54911__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The Plaintiff Lee C. Pitts, am suing Defendant Sandy Ballou for fraud that stems from the defendant not having jurisdiction to move on criminal case #17CF639 in the city of Appleton WI. on 07-23-2017, Also in violation of the Plaintiff 11TH Amendment. In support of this notice, the Plaintiff will state as follow: For a crime to exist there must be an injured Party (corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. (see Sherer vs. Cullen 481 F. 945) The STATE OF WISCONSIN is not the injured party (corpus Delicti) in this case and can never be because the STATE OF WISCONSIN is a Sub-Corporation under The United States, which is a Federal Corporation according to Title 28 USC section 3002(15)(A). Also see, William Dixon vs. The United States

Complaint – 2

1 marsh 117, 181 (1811), Justice John Marshall explained that "The United States" was a corporation and all of the politicians were the officer of that corporation. A corporation is dead or artificial at Law because it is not real. Hence the Latin word, "Corpse" which means dead body. The word corporation is derived from The Latin word Corpse, so the significance of the etymology of the word Corpse is very clear when proving that a Corporation is not real because it is dead!

Furthermore the fact that public officials are not Citizens, but rather foreign citizens, all of the cases must be dismissed because the court lacked and lacks Jurisdiction to enforce Judicial Power.

# Statement of Claim

The Plaintiff Lee C. Pitts am suing Defendant Vincent Biskupic for violating the plaintiff 11th amendment under the US Constitution. Also for fraud that stems from the defendant not having jurisdiction to move on criminal case #17CF639 in the city of Appleton Wisconsin on 07-23-2017, in support of this notice the plaintiff will state as follow:

The 11TH Amendment under the US Constitution read as follows: The Judicial Power of the united states shall not construed to extend to any suit in Law or equity, commenced or prosecuted against one of the united states by citizens of another state, or by citizens or subjects of any foreign state.

On December 9th, 1945 International organization Immunities Act relinquished every public office of the United States to the united nations. This law makes all public officials foreign citizens, barring them from Judicial Power. All public officials are administrative agents of the US corporation. They have no judicial power whatsoever. 22 CFR (code of federal Regulations) 92.12-92.31 F.R. Heading "foreign Relationship" states that oath is required to take office.

Title 8 USC 1481 states, once oath of office is taken citizenship is relinquished thus the oath taker becomes a foreign entity, agency, or state. That means every Public office is a foreign state, even all political subdivisions;

(1)

every single court is considered a seperate foreign entity. Title 22 USC, "Foreign Relations and Intercourse" Chapter 11 identifies all public officials as foreign agents. All "Judicial Power" of the "inferior courts" comes from the Judiciary Act of 1789 as did the Attorney General Position. "Judicial Power" comes from Article III Section 2 of the Constitution. The 11th amendment removed all "Judicial Power" in Law, equity, treaties, contract law, and the right of the state to bring suit against the people. The positions of the Attorney General and Prosecutor, of both the United States and the several states, come under the Judicial Branch Not the Executive Branch of the goverment. All Attorneys come under the Judicial and are Judicial officers under the Supreme court, Not under the Secretary of the state as liscensed Professionals, which means they can only represent the Court and not the people or the state. Municipal, County, or state court Lacks Jurisdiction to hear any case under the foreign state definitions, coming from the 11th Amendment under the US Constitution. This Jurisdiction lies with the United States District Court under the Foreign Sovereign Immunities Act (FSIA) statues pursuant to 28 USC 1330.2. The fact that public officials are not citizens, but rather foreign citizens, all of the cases must be dismissed because the court Lacked and Lacks Jurisdiction to enforce Judicial Power.

(2)

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Award of 500,000$ for Compensatory Damages

Award of 1,500,000$ for Punitive Damages

Complaint – 4

E.  JURY DEMAND

   I want a jury to hear my case.

   ☐ – YES        ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __01__ day of __October__ 20_17_.

   Respectfully Submitted,

   *Lee C. Pitts*
   Signature of Plaintiff

   __124741__
   Plaintiff's Prisoner ID Number

   Outagamie County Jail
   P.O. Box 1779
   Appleton WI. 54911
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5